The decision is affirmed.

Affirmed.

---

**ED S. VAIL BUTTERINE CO. v. Mabel G. REINECKE, Collector of Internal Revenue.**

**No. 4442.**

Circuit Court of Appeals, Seventh Circuit.

May 23, 1931.

George N. Murdock, of Chicago, Ill., for appellant.

John Potts Barnes and George E. Q. Johnson, both of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

This appeal involves the constitutionality of the present oleomargarine law, being Act Aug. 2, 1886, 24 Stat. 209, as amended by Act May 9, 1902, 32 Stat. 193. The question is presented by the court's ruling in sustaining appellee's demurrer to appellant's declaration. Appellant admits that to sustain its appeal it will be necessary for this court to rule contrary to the law as announced in McCray v. United States, 195 U. S. 27, 24 S. Ct. 769, 49 L. Ed. 78, 1 Ann. Cas. 561. This we decline to do.

The judgment of the District Court sustaining appellee's demurrer to appellant's declaration is affirmed.

---

**W. W. (Bill) FORTNER, Appellant, v. UNITED STATES of America.**

**No. 9072.**

Circuit Court of Appeals, Eighth Circuit.

March 18, 1931.

Charles S. Harley, of Little Rock, Ark., for appellant.

Wallace Townsend, U. S. Atty., of Little Rock, Ark.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellee, etc.